United States District Court

| | | |
|---|---|---|
| Paul Olsson | ) | Case No: 18 CV 7084 |
| Plaintiff | ) | |
| v. | ) | |
| Maureen Jung-Oliver et al. | ) | Judge: John Robert Blakey |
| Defendants | ) | |

## Motion to Dismiss with leave to Reinstate

Now comes Paul Olsson ("Plaintiff"), and submits the instant motion and in support thereof states the following:

① The instant Action was Primarily initiated to bring Judicial Protection for S.H. who is being Neglected by the EMHC and its Personnel. EMHC nor appropriate State Agencies are willing to Protect it's most vulnerable Population

② EMHC has no legal Resources and Plaintiff is unable to do the Research Needed to effectively Present the issue before the Court in a Manner that will survive a Motion to Dismiss or the screening Process the Court conducts.

③ Plaintiff respectfully and vehemently insists he did Not Represent S.H., nor can he given his lack of legal Resources, but wished to invoke the Court's in locus Parentus jurisdiction to Protect S.H.'s civil Rights. Plaintiff believed Appointed Counsel or guardian would be Appropriate for further inquiry.

④ Plaintiff believes that EMHC grossly fails to Maintain a safe and sanitary environment which creates an iminent and substantial Risk of Danger. This is evidenced by a MRSA outbreak that occured since Plaintiff has been detained.

⑤ Plaintiff has a Rudimentary knowledge of legal Precepts, which May or may Not be Accurate knowledge, and as a Result, Plaintiff's Peers seek him out for legal Assistance. Numerous Peers share Plaintiff's concern Regarding the EMHC's Sanitation or lack thereof.

⑥. Due to EMHC's lack of legal Resources, Plaintiff is unconstitutionally burdened by not having the knowledge to Present the claim in a way that Survives the Court's screening Process as well as a Motion to Dismiss. Plaintiff objects to this unconstitutional Burden and asks this Court to interpret this document as a request for Prospective injunctive Relief and order EMHC to Provide legal Resources for Plaintiff to file an adequate complaint Regarding conditions of confinement.

⑦ Without judicial intervention, Plaintiff fears he cannot effectively litigate the case and Respectfully asks This Court to dismiss the instant Complaint Without Prejudice with leave to Reinstate.

Respectfully Submitted

[signature]   12-18-18

Paul Olsson
750 S. State Street
Elgin, Illinois
60123

Clerk of United States
District Court
219 South Dearborn St.
Chicago, Illinois 60604

